UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON'T SHOOT PORTLAND, WALL OF MOMS, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>CHAD F. WOLF, in his official capacity as the purported Acting Secretary of Homeland Security, *et al.*,<br><br>               Defendants. | Civil Action No. 1:20-cv-02040-CRC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Jessica A. Marsden as counsel for Plaintiffs in the above-captioned matter.

Date: August 4, 2020

Respectfully submitted,

*/s/ Jessica A. Marsden*
Jessica A. Marsden (NC Bar No. 50855)
THE PROTECT DEMOCRACY PROJECT, INC.
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
T: (202) 579-4582 | F: (929) 777-8428
jess.marsden@protectdemocracy.org