# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON'T SHOOT PORTLAND et al., <br><br>             Plaintiffs, <br><br>   v. <br><br>CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, <br><br>             Defendant. | Case No. 1:20-cv-2040-CRC |

## **DEFENDANTS' CONSENT MOTION FOR EXTENSION OF ANSWER DEADLINE**

Defendants move the Court for a brief, two-day extension of time to answer Plaintiff's Complaint (ECF No. 1), from Tuesday, October 13, 2020, to Thursday, October 15, 2020.

Good cause exists to grant this consent motion. This and other matters involving recent events in Portland have imposed near-contemporaneous deadlines and have greatly increased the press of business for counsel assigned to those matters, even as the staffing of those matters has changed. The current deadline also follows a holiday weekend, during which some counsel for Defendants are unavailable. Defendants ask only for a two-day extension of the current deadline, to which Plaintiffs consent.

For these reasons, Defendants move the Court for an extension of Defendants' answer deadline until Thursday, October 15, 2020.

Dated: October 9, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　BRIGHAM BOWEN
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Joshua E. Gardner*
　　　　　　　　　　　　　　　　　　　　JOSHUA E. GARDNER (FL Bar No. 302820)
　　　　　　　　　　　　　　　　　　　　JASON C. LYNCH (DC Bar No. 1016319)
　　　　　　　　　　　　　　　　　　　　JORDAN L. VON BOKERN
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: 202-305-7583
Email: Joshua.Gardner@usdoj.gov

*Attorneys for Defendants*