IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON'T SHOOT PORTLAND, et al., | ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) Case No. 1:20-cv-2040-CRC ) |
| CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, et al., | ) ) ) ) ) |
| *Defendants.* | ) ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to Local Civil Rule 7(o), proposed *amici curiae*, current and former elected prosecutors, Attorneys General and law enforcement leaders, as well as former United States Attorneys and Department of Justice Officials, request the Court grant *amici* leave to file a brief in this action.

This Court has "broad discretion" to allow participation by an *amicus*, *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011), and regularly allows the submission of briefs by *amici* who have "a special interest in th[e] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution of th[e] case." *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996); *see also Potomac Elec. Power*, 826 F. Supp. 2d at 237 (granting leave to file amicus brief where amicus had "relevant expertise and a stated concern for the issues at stake in th[e] case" and where the Court "f[ound] that it may benefit from their input").

1

"The filing of an amicus brief should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs.'" *Comm. of the N. Mariana Islands v. United States*, No. CIVA 08-1572 PLF, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)). "Amicus participation is normally appropriate when . . . 'the amicus has an interest in some other case that may be affected by the decision in the present case[.]'" *Hard Drive Prods., Inc. v. Does* 1-1,495,892 F. Supp. 2d 334, 337 (D.D.C. 2012) (quoting *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d131, 137 (D.D.C. 2008)). [1]

The proposed *amici* are criminal justice leaders who have extensive expertise in law enforcement, prosecution, and cooperative federal-state law enforcement activities. They are intimately familiar with the challenges of performing law enforcement and governance functions in communities where citizens harbor a deep distrust of the police and are vulnerable to exploitation and crime.

Proposed *amici* submit this brief to detail their concerns about how the actions of federal law enforcement in Portland, Oregon – as well as similar deployment or threatened federal engagement in other urban areas in the country – undermine vital law enforcement objectives. The deeply concerning and violent actions of federal agents against peaceful protesters have damaged already-fragile bonds of trust with law enforcement, bonds that are critical to the ability of local officials such as *amici* to prosecute crime, incorporate community feedback and concerns into criminal justice policy, and promote public safety.

---

[1] Counsel for both parties have consented to the filing of this brief. No counsel for a party authored this brief in whole or in part, and no party or counsel for a party made a monetary contribution intended to fund the preparation or submission of this brief. No person other than *amici curiae* made a monetary contribution supporting this brief's preparation or submission.

The proposed a*mici* have come together to bring our voices, and our collective decades of experience in the criminal justice arena, to this vital issue.

A full list of *amici* is attached to the brief as Exhibit A.

For the foregoing reasons, *amici* respectfully request that the Court grant leave to file the enclosed *amicu*s brief in support of the Plaintiffs, Don't Shoot Portland, et al.

Dated:  October 29, 2020

                                                Respectfully submitted,

                                                */s/ Loren Kieve*

                                                Loren Kieve (D.C. Bar No. 196436)

                                                KIEVE LAW OFFICES

                                                2655 Steiner Street
                                                San Francisco, California 94115
                                                (415) 364-0060
                                                lk@kievelaw.com

                                                *Counsel for Proposed Amici Curiae*

# EXHIBIT A

## List of *Amici*

**Chiraag Bains**
Former Trial Attorney, Criminal Section, Civil Rights Division, U.S. Department of Justice
Former Senior Counsel to the Assistant Attorney General, Civil Rights Division, U.S. Department of Justice

**Paul Bardacke**
Former Attorney General, New Mexico

**Diana Becton**
District Attorney, Contra Costa County, California

**Wesley Bell**
Prosecuting Attorney, St. Louis County, Missouri

**Buta Biberaj**
Commonwealth's Attorney, Loudoun County, Virginia

**Sherry Boston**
District Attorney, DeKalb County, Georgia

**Chesa Boudin**
District Attorney, City and County of San Francisco, California

**Joseph Brann**
Former Chief, Hayward Police Department, California
Former Director, Office of Community Oriented Policing Services, U.S. Department of Justice

**Aisha Braveboy**
State's Attorney, Prince George's County, Maryland

**Kenyen Brown**
Former U.S. Attorney, Southern District of Alabama

**Jim Bueermann**
Former Chief, Redlands Police Department, California

**John Choi**
County Attorney, Ramsey County, Minnesota

**Jerry L. Clayton**
Sheriff, Washtenaw County, Michigan

**Dave Clegg**
District Attorney, Ulster County, New York

**Shameca Collins**
District Attorney, 6th Judicial District, Mississippi

**Scott Colom**
District Attorney, 16th Judicial District, Mississippi

**Brendan Cox**
Former Chief, Albany Police Department, New York
Director of Policing Strategies, LEAD National Support Bureau

**John Creuzot**
District Attorney, Dallas County, Texas

**Ronald L. Davis**
Former Director, Office of Community Oriented Policing Services, U.S. Department of Justice
Former Chief, East Palo Alto Police Department, California
Former Chief, Oakland Police Department, California

**Satana Deberry**
District Attorney, Durham County, North Carolina

**Parisa Dehghani-Tafti**
Commonwealth's Attorney, Arlington County and the City of Falls Church, Virginia

**Brandon del Pozo**
Former Chief, Burlington Police Department, Vermont

**Drew Diamond**
Former Chief, Tulsa Police Department, Oklahoma

**Thomas J. Donovan, Jr.**
Attorney General, Vermont

**Michael Dougherty**
District Attorney, 20th Judicial District, Colorado

**Mark Dupree**
District Attorney, Wyandotte County, Kansas

**Keith Ellison**
Attorney General, Minnesota

**Robert W. Ferguson**
Attorney General, Washington

**Kimberly M. Foxx**
State's Attorney, Cook County, Illinois

**Brian E. Frosh**
Attorney General, Maryland

**Douglas Gansler**
Former Attorney General, Maryland
Former State's Attorney, Montgomery County, Maryland

**Gil Garcetti**
Former District Attorney, Los Angeles County, California

**Kimberly Gardner**
Circuit Attorney, City of St. Louis, Missouri

**Sarah F. George**
State's Attorney, Chittenden County, Vermont

**Joe Gonzales**
District Attorney, Bexar County, Texas

**Eric Gonzalez**
District Attorney, Kings County, New York

**Mark Gonzalez**
District Attorney, Nueces County, Texas

**Andrea Harrington**
District Attorney, Berkshire County, Massachusetts

**Scott Harshbarger**
Former Attorney General, Massachusetts

**Jim Hingeley**
Commonwealth's Attorney, Albemarle County, Virginia

**John Hummel**
District Attorney, Deschutes County, Oregon

**Susan Hutson**
Former Chief Prosecutor, City of Corpus Christi, Texas
President, National Association for Civilian Oversight of Law Enforcement

**Natasha Irving**
District Attorney, 6th Prosecutorial District, Maine

**Michael Jackson**
District Attorney, Dallas County, Alabama

**Kathleen Jennings**
Attorney General, Delaware

**Justin F. Kollar**
Prosecuting Attorney, Kauai County, Hawaii

**Lawrence S. Krasner**
District Attorney, Philadelphia, Pennsylvania

**Miriam Aroni Krinsky**
Former Assistant U.S. Attorney, Criminal Appellate Chief, and General Crimes Chief, Central District of California
Former Chair, Solicitor General's Criminal Appellate Advisory Group

**William Lansdowne**
Former Chief, San Diego Police Department, California
Former Chief, San Jose Police Department, California
Former Chief, Richmond Police Department, California

**Patricia Madrid**
Former Attorney General, New Mexico

**Garry McFadden**
Sheriff, Mecklenburg County, North Carolina

**Brian Middleton**
District Attorney, Fort Bend County, Texas

**Stephanie Morales**
Commonwealth's Attorney, Portsmouth, Virginia

**Marilyn J. Mosby**
State's Attorney, Baltimore City, Maryland

**Jerome O'Neill**
Former Acting U.S. Attorney, District of Vermont

**Jody Owens**
District Attorney, Hinds County, Mississippi

**Jim Petro**
Former Attorney General, Ohio

**Channing Phillips**
Former U.S. Attorney, District of Columbia
Former Counsel to the Attorney General, U.S. Department of Justice

**Bryan Porter**
Commonwealth's Attorney, City of Alexandria, Virginia

**Abdul Pridgen**
Chief, Seaside Police Department, California

**Karl A. Racine**
Attorney General, District of Columbia

**Kwame Raoul**
Attorney General, Illinois

**Ira Reiner**
Former District Attorney, Los Angeles County, California
Former City Attorney, Los Angeles, California

**Rachael Rollins**
District Attorney, Suffolk County, Massachusetts

**Ellen Rosenblum**
Attorney General, Oregon

**Stephen Rosenthal**
Former Attorney General, Virginia

**Marian T. Ryan**
District Attorney, Middlesex County, Massachusetts

**Dan Satterberg**
Prosecuting Attorney, King County, Washington

**Mike Schmidt**
District Attorney, Multnomah County, Oregon

**Ronal Serpas**
Former Superintendent, New Orleans Police Department, Louisiana
Former Chief, Metropolitan Nashville Police Department, Tennessee
Former Chief, Washington State Patrol

**Daniella Shorter**
District Attorney, 22nd Judicial District, Mississippi

**Carol A. Siemon**
Prosecuting Attorney, Ingham County, Michigan

**Norm Stamper**
Former Chief, Seattle Police Department, Washington

**David E. Sullivan**
District Attorney, Northwestern District, Massachusetts

**Shannon Taylor**
Commonwealth's Attorney, Henrico County, Virginia

**Raúl Torrez**
District Attorney, Bernalillo County, New Mexico

**Gregory Underwood**
Commonwealth's Attorney, City of Norfolk, Virginia

**Matthew Van Houten**
District Attorney, Tompkins County, New York

**Andrew Warren**
District Attorney, 13th Judicial Circuit, Florida

**Lynneice Washington**
District Attorney, Jefferson County, Bessemer Division, Alabama