# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DON'T SHOOT PORTLAND, et al., ) <br> ) <br> *Plaintiffs,* ) <br> v. ) <br> ) <br> CHAD F. WOLF, in his official capacity ) <br> as Acting Secretary of Homeland Security, ) <br> et al., ) <br> ) <br> *Defendants.* ) | Case No. 1:20-cv-2040-CRC |

## [PROPOSED] ORDER

It is hereby ORDERED that the motion of current and former elected prosecutors, Attorneys General and law enforcement leaders, as well as former United States Attorneys and Department of Justice Officials, for leave to file a brief as *amici curiae* in support of Plaintiff Don't Shoot Portland et al.'s Complaint, which was filed with this Court on October 29, 2020, is GRANTED.

IT IS SO ORDERED.

_____
Hon. Christopher R. Cooper
United States District Court Judge

Dated: _____, 2020