# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON'T SHOOT PORTLAND et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security, <br><br> Defendant. | Case No. 1:20-cv-2040-CRC |

## JOINT RESPONSE TO COURT ORDER AND PROPOSED BRIEFING SCHEDULE

On December 22, 2020, the Court granted Plaintiffs' consent motion to file an amended complaint and ordered the Parties to meet, confer, and propose by January 4, 2021, a schedule for briefing Defendants' motion to dismiss the Amended Complaint.

The Parties have conferred and propose jointly that Defendants file their motion to dismiss by January 19, 2021; that Plaintiffs file their opposition by February 2, 2021; and that Defendants file their reply by February 9, 2021.

Dated: January 4, 2021

Respectfully submitted,

/s/ David A. O'Neil
David A. O'Neil (D.C. Bar No. 1030615)
Debevoise & Plimpton, LLP
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
T: (202) 383-8000
daoneil@debevoise.com

Deana K. El-Mallawany (MA Bar No. 674825)*
Justin G. Florence (D.C. Bar No. 988953)
Benjamin L. Berwick (D.D.C. Bar No. MA0004)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
T: (202) 579-4582 | F: (929) 777-8428
deana.elmallawany@protectdemocracy.org
justin.florence@protectdemocracy.org
ben.berwick@protectdemocracy.org

Matthew D. Forbes (NY Bar No. 5664354)*
Ashley V. Hahn (NY Bar No. 5673298)*
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
T: (212) 909-6000
mforbes@debevoise.com
avhahn@debevoise.com

Jessica A. Marsden (NC Bar No. 50855)*
The Protect Democracy Project, Inc.
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
T: (202) 579-4582 | F: (929) 777-8428
jess.marsden@protectdemocracy.org

1

Christine Kwon (CA Bar No. 319384)*
The Protect Democracy Project, Inc.
555 W. 5th St.
Los Angeles, CA 90013
T: (202) 579-4582 | F: (929) 777-8428
christine.kwon@protectdemocracy.org

Rachel F. Homer (D.C. Bar No. 1045077)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW, #163
Washington, DC 20006
T: (202) 579-4582 | F: (929) 777-8428
rachel.homer@protectdemocracy.org

*Counsel for Plaintiffs*

                                 JEFFREY BOSSERT CLARK
                                 Acting Assistant Attorney General

                                 BRIGHAM J. BOWEN
                                 Assistant Branch Director

                                 */s/ Jason C. Lynch*
                                 JASON C. LYNCH (D.C. Bar No. 1016319)
                                 MICHAEL P. CLENDENEN
                                 JEFFREY A. HALL
                                 JORDAN L. VON BOKERN
                                 Trial Attorneys
                                 United States Department of Justice
                                 Civil Division, Federal Programs Branch
                                 1100 L Street NW, Rm. 11214
                                 Washington, DC 20005
                                 Tel: (202) 514-1359
                                 Email: Jason.Lynch@usdoj.gov

                                 *Attorneys for Defendants*

*Admitted pro hac vice