UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON'T SHOOT PORTLAND *et al.*,

    Plaintiffs,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,

    Defendants.

Civil Action No. 1:20-cv-02040-CRC

STIPULATION AND [PROPOSED] ORDER

    Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows:

    1.    Plaintiffs filed the instant action on July 27, 2020. (Dkt. No. 1.)

    2.    Defendants filed a motion to dismiss the Complaint on October 15, 2020. (Dkt. No. 24.)

    3.    Plaintiffs filed their memorandum in opposition to Defendants' motion to dismiss the Complaint on October 29, 2020. (Dkt. No. 26.)

    4.    After conferring with Defendants, the parties agreed that Defendants would consent if Plaintiffs moved to amend the Complaint by December 17, 2020; the Parties memorialized that agreement in a November 4, 2020 consent motion and the Court granted the motion on November 5, 2020. (Dkt. No. 28.)

    5.    On December 17, 2020, Plaintiffs filed an Amended Complaint. (Dkt. No. 35.)

    6.    On January 19, 2021, Defendants filed a motion to dismiss Plaintiffs' Amended Complaint. (Dkt. No. 38.)

7. On January 20, 2021, new leadership assumed responsibility for the Department of Homeland Security and the Department of Justice.

8. On January 28, 2021, the Parties stipulated to an extension of deadlines regarding Plaintiffs' opposition to Defendants' motion to dismiss the Amended Complaint, and Defendants' reply. (Dkt. No. 39.)

9. According to an Order entered by the Court on February 1, 2021, Plaintiffs' opposition to Defendants' motion to dismiss the Amended Complaint is due by March 9, 2021. Defendants' reply is due by March 23, 2021.

10. Since the Court's entry of the updated scheduling order, the Parties have begun discussing whether the case can be resolved without further litigation.

11. Pursuant to Rule 6 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the Parties now ask the Court to change the dates of all subsequent events or deadlines previously fixed by the Court. Specifically, the Parties request that the Court move forward all deadlines by 180 days.

12. The Parties believe that an extension of the deadlines will enable the Parties to continue discussions and allow for the possibility of out-of-court resolution without simultaneously devoting resources to briefing deadlines and other litigation obligations in this case.

13. An extension of time would also afford new administration officials more time to become familiar with the issues in this case.

14. Pursuant to this extension of time, Plaintiffs shall file their opposition to Defendants' motion to dismiss the Amended Complaint by September 7, 2021. Defendants shall file their reply by September 21, 2021.

15. Given the length of the extensions proposed, the Parties also stipulate to file with the Court a joint status report every 60 days. The joint status reports shall be filed on or before: May 3, 2021; July 2, 2021; and August 31, 2021.

IT IS SO STIPULATED.

Dated: March 4, 2021                                                      Respectfully submitted,

/s/ Matthew D. Forbes

David A. O'Neil (D.C. Bar No. 1030615)
Debevoise & Plimpton, LLP
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
T: (202) 383-8000
daoneil@debevoise.com

Matthew D. Forbes (NY Bar No. 5664354)*
Ashley V. Hahn (NY Bar No. 5673298)*
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
T: (212) 909-6000
mforbes@debevoise.com

Deana K. El-Mallawany (MA Bar No. 674825)*
Justin G. Florence (D.C. Bar No. 988953)
Benjamin L. Berwick (D.D.C. Bar No. MA0004)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
T: (202) 579-4582 | F: (929) 777-8428
deana.elmallawany@protectdemocracy.org
justin.florence@protectdemocracy.org
ben.berwick@protectdemocracy.org

Jessica A. Marsden (NC Bar No. 50855)*
The Protect Democracy Project, Inc.
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
T: (202) 579-4582 | F: (929) 777-8428
jess.marsden@protectdemocracy.org

Christine Kwon (CA Bar No. 319384)*
The Protect Democracy Project, Inc.
555 W. 5th St.
Los Angeles, CA 90013
T: (202) 579-4582 | F: (929) 777-8428
christine.kwon@protectdemocracy.org

Rachel F. Homer (D.C. Bar No. 1045077)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW, #163
Washington, DC 20006
T: (202) 579-4582 | F: (929) 777-8428
rachel.homer@protectdemocracy.org

*Attorneys for Plaintiffs*


JOHN COUGHLIN
Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN
JORDAN L. VON BOKERN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

                                        CHRISTOPHER R. COOPER
                                        United States District Judge