## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON'T SHOOT PORTLAND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 1:20-cv-2040-CRC <br><br> **STIPULATION OF DISMISSAL OF AMENDED COMPLAINT WITH PREJUDICE** |

## STIPULATION OF DISMISSAL OF AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties appearing in this action, by and through their respective counsel, hereby stipulate and agree that Plaintiffs' Amended Complaint (ECF No. 35-1) shall be dismissed with prejudice. The Parties shall bear their own fees and costs.

Dated: November 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN
JORDAN L. VON BOKERN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*

Deana K. El-Mallawany (MA Bar No. 674825)*
Justin G. Florence (D.C. Bar No. 988953)
Benjamin L. Berwick (D.D.C. Bar No. MA0004)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
T: (202) 579-4582 | F: (929) 777-8428
deana.elmallawany@protectdemocracy.org
justin.florence@protectdemocracy.org
ben.berwick@protectdemocracy.org

Jessica A. Marsden (NC Bar No. 50855)*
The Protect Democracy Project, Inc.
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
T: (202) 579-4582 | F: (929) 777-8428
jess.marsden@protectdemocracy.org

Christine Kwon (CA Bar No. 319384)*
The Protect Democracy Project, Inc.
555 W. 5th St.
Los Angeles, CA 90013
T: (202) 579-4582 | F: (929) 777-8428
christine.kwon@protectdemocracy.org

Rachel F. Homer (D.C. Bar No. 1045077)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW, #163
Washington, DC 20006
T: (202) 579-4582 | F: (929) 777-8428
rachel.homer@protectdemocracy.org

*Attorneys for Plaintiffs*

*Admitted pro hac vice

/s/ Matthew D. Forbes
David A. O'Neil (D.C. Bar No. 1030615)
Debevoise & Plimpton, LLP
801 Pennsylvania Ave., N.W.
Washington, D.C. 20004
T: (202) 383-8000
daoneil@debevoise.com

Matthew D. Forbes (NY Bar No. 5664354)*
Ashley V. Hahn (NY Bar No. 5673298)*
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
T: (212) 909-6000
mforbes@debevoise.com
avhahn@debevoise.com